UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

FORREST HILL COMMUNITY ASSOCIATION, INC.,
and GAYTHA KRAUSER, on behalf of herself and
all other persons who are similarly situated,

        Plaintiffs,                    COMPLAINT
                                          CLASS ACTION

        -against-

PUBLIC SERVICES ELECTRIC & GAS COMPANY,
PHILLIP SCOTT, as the Director of the Department
of Engineering of the City of Newark, and
CHRISTOPHER WATSON, as the City Planning Officer
of the City of Newark,

        Defendants.
_____

## PRELIMINARY STATEMENT

1. This is a class action brought under the Fourteenth Amendment to the Untied States Constitution and 42 U.S.C. Sections 1981, 1983 and 1988 for declaratory and injunctive relief, damages and attorney fees.

2. Public Service Electric & Gas Company ("PSE&G") seeks to install many dozens of 65 foot poles with 69,000 volt lines across Elwood Avenue in the historic district of Newark from Summer Avenue to Old Road to Bloomfield (the name of 1st Street where it intersects Elwood Avenue).[1] This high voltage line is part of a project, to connect the electric substation in Bloomfield, known as the Branchbrook substation, with the electric substation in Newark, know as the Clay Street substation. This high voltage line will carry several hundred times the amount of voltage of an electric line that feeds electricity to a residence or business. This high voltage line will not provide any electric service to any residence or business, but will only connect the two substations.

3. PSE&G has not complied with the municipal land use laws of the City of Newark ("Newark") and has not sought an exemption form those laws from the Public Utilities Board.

---

[1] There is some uncertainty, if the line will run down Elwood Avenue or Heller Parkway, as explained in the text.

4. Newark, in refusing to enforce its own municipal zoning laws, in the absence of a Board of Public Utilities exemption in favor of PSE&G, is denying the residents of the historic district, due process of law. In fact, it appears that PSE&G may have submitted a fraudulent document to the Newark Landmarks and Historic Preservation Commission, and Newark, knowing full well that it was fraudulent, signed off on the document to assist PSE&G in its unlawful endeavors.

## JURISDICTION

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. Sections 1343 and 1331. This Court has pendent jurisdiction over plaintiffs' state claims.

## CLASS ACTION ALLEGATIONS

6. Gaytha Krauser is a member of the class of residents of the historic district of Newark.

7. The members of the class are so numerous that joinder of all members is impracticable. The number of class members is in the many thousands, if not tens of thousands.

8. There are common questions of law and fact applicable to the class as a whole, namely, whether PSE&G's installation of 65 poles and high voltage electric lines (i) are dangerous in residential areas, (ii) will decrease property values, (iii) have electromagnetic fields that are carcinogenic and teratogenic, and (iv) will degrade the architectural, aesthetic and historic qualities of the historic district, and also (v) the failure of PSE&G to comply with Chapter 10 of the ordinances of Newark, entitled, "Historic Sites and Districts," (vi) the failure of PSE&G to obtain an adjudication from the Board of Public Utilities that PSE&G is exempt, in whole or part, from Newark's municipal land use laws, and (vii) Newark's failure to enforce its own laws, in the absence of such and exemption, and (viii) whether Newark and PSE&G have engaged in a fraud.

9. The claims of the representative party are typical of the claims as a whole. Like the named plaintiff, all of the class members will suffer the same harms from the installation of the

-2-

65 foot poles and high voltage electric lines. The representative party will fairly and adequately protect the interests of the class. The class is represented by George Sommers, who is experienced in class action litigation.

PARTIES

10. The Forrest Hill Community Association is a nonprofit corporation consisting of residents of the historic district of Newark, with several hundred dues paying members, organized under the laws of the State of New Jersey, with principal headquarters in Newark.

11. Gaytha Krauser is a resident of the historic district, and has been for over 50 years.

12. PSE&G is the utility company that provides electricity and gas to Newark.

13. Phillip Scott, is the Director of the Department of Engineering of the City of Newark,

14. Christopher Watson is the City Planning Officer of the City of Newark.

15. Messrs. Scott and Watson, in their official capacities, are responsible for issuing the necessary permits and approvals to install the 65 foot polls, to hang the high voltage electric wires, and to do the work in furtherance thereof.

FACTS

16. PSE&G seeks to install many dozens of 65 foot poles with 69,000 volt lines across Elwood Avenue in the historic district of Newark from Summer Avenue to Old Road to Bloomfield (the name of 1st Street where it intersects Elwood Avenue). This high voltage line is part of a project, to connect the electric substation in Bloomfield, known as the Branchbrook substation, with the electric substation in Newark, know as the Clay Street substation. This high voltage line will carry several hundred times the amount of voltage of an electric line that feeds electricity to a residence or business. This high voltage line will not provide any electric service to any residence or business, but will only connect the two substations.

17. The plaintiffs have been in negotiations with PSE&G and Newark, going back to March of this year, about installing 65 foot poles, which are at least 25 feet higher than normal poles, and hanging high voltage lines, in the historic district. At first, PSE&G was going to

-3-

install the poles and run the lines down Heller Parkway, which is a major gateway into the historic district. A petition was signed by over 100 people opposing the installation of the poles and high voltage line on Heller Parkway. (A copy is attached hereto.) Thereafter, PSE&G and Newark proposed several alternate routes, at least one of which would have been outside the historic district.

18. About a month ago, PSE&G met with the plaintiffs and stated that it expected to run the line down Elwood Avenue, after considering the other options. The plaintiffs vigorously opposed this, and indicated that they would, as necessary, go to Court to oppose this. On August 8, 2019, the plaintiffs, PSE&G (including its attorney), Newark's City Planner and Newark's head of the Department of Engineering met with the plaintiffs and stated that PSE&G would be going down Elwood Avenue. PSE&G stated that it would begin work cutting down and cutting trees as early as August 19, 2019, and would begin putting up poles as early as the last week in August.

19. Today, residents of Heller Parkway awoke to see yellow lines painted on the curbs, with little PSE&G flags planted by the curb. Today, residents of Elwood Avenue awoke to see that Elwood Avenue was blocked off for one block west of Highland Avenue, and there were three PSE&G trucks there. A PSE&G employee stated that they would start to put up 65 foot poles on Elwood Avenue as soon as they arrived. Another PSE&G employee stated that they would also be putting up poles on Heller Parkway. Multiple Newark police squad cars were at the Elwood site to facilitate the unlawful actions of PSE&G.

20. The historic district of Newark enjoys special protection under Chapter 10 of the ordinances of Newark, entitled, "Historic Sites and Districts." Chapter 10 is part of the zoning and land use ordinances of Newark.

> No building permit shall be issued or amended nor shall any construction, alteration, ordinary maintenance or repairs, or repairs or demolition be started on a designated historic building, structure or site, or within a designated historic district, prior to review by the Commission.

-4-

Newark Ordinance 40:10-7-1. Notably, the word "structure" expressly includes within its ambit the installation of poles. "Structure includes, but is not limited to ... poles ...." Newark Ordinance 40:10-2.

21.     PSE&G has not applied for review before the Commission. "Commission" refers to the "Newark Landmarks and Historic Preservation Commission." Id.

22.  The State of New Jersey has a regulatory framework for dealing with municipal land use laws in the context of an electric utility installing poles and hanging electric lines from those poles.

> This act [the act authorizing municipalities to enact zoning ordinances] or any ordinance or regulation made under authority thereof, shall not apply to a development proposed by a utility for installation in more than one municipality for the furnishing of service, if upon a petition of the public utility, the Board of Public Utilities shall after hearing, of which any municipalities affected shall have notice, decide the proposed installation of the development in question is reasonably necessary for the service, convenience or welfare of the public.

N.J.S.A. 40:55D-19.

23. PSE&G has not applied to the Board of Public Utilities for an exemption from the municipal land use laws of Newark.

24.  PSE&G submitted an application to the Commission, stating that it only sought to replace existing poles on Heller Parkway, and that the poles would only be 15 feet high, and which did not mention the 69,000 volt lines. (Attached is a copy of the application and the email correspondence with reference to the application). The Commission then approved the application as having no effect on the historic district. Upon information and belief, the application was for the 65 foot poles and the high voltage lines, the application was fraudulent, and the certificate of no effect from the Commission was part of a fraudulent conspiracy.

CLAIMS FOR RELIEF

FIRST CLAIM:

25. The work being done by PSE&G to install 65 foot poles and high voltage electric lines requires review by the Commission, and PSE&G did not apply for that review.

26. In order to be exempt, in whole or part, from the municipal land use laws of Newark, PSE&G must apply for an exemption from the Board of Public Utilities, and PSE&G did not do that.

27. The work being done or to be done, by PSE&G, is in violation of Chapter 10 of the ordinances of Newark, entitled, "Historic Sites and Districts," and N.J.S.A. 40:55D-19.

SECOND CLAIM:

28. Newark, in refusing to enforce its own municipal zoning laws, in the absence of a Board of Public Utilities exemption in favor of PSE&G, violated Chapter 10 of the ordinances of Newark, entitled, "Historic Sites and Districts," and N.J.S.A. 40:55D-19.

THIRD CLAIM:

29. Newark and PSE&G conspired to violate Chapter 10 of the ordinances of Newark, entitled, "Historic Sites and Districts," and N.J.S.A. 40:55D-19.

SECOND CLAIM:

30. Newark, in refusing to enforce its own municipal zoning laws, in the absence of a Board of Public Utilities exemption in favor of PSE&G, is denying plaintiffs and the residents of the historic district, due process of law, in violation of the Fourteenth Amendment to the United States Constitution , and 42 U.S.C. Sections 1981 and 1983.

THIRD CLAIM:

31. Newark and PSE&G are conspiring to deny the plaintiffs and the residents of the historic district, due process of law, in violation of the Fourteenth Amendment to the United States Constitution , and 42 U.S.C. Sections 1981 and 1983.

FOURTH CLAIM:

32. PSE&G defrauded the plaintiffs and the residents of the historic district.

FIFTH CLAIM:

33. Newark and PSE&G conspired to defraud the plaintiffs and the residents of the historic district.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully pray that the Court:

1. Assume jurisdiction of this action.

2. Determine that this action is properly maintainable as a class action.

3. Grant to plaintiffs a judgment declaring that any work done by PSE&G to install poles and hang high voltage electric lines in the historic district of Newark without beforehand obtaining review from the Commission or an exemption from the Board of Public Utilities is unlawful, in violation of the laws of the State of New Jersey.

4. Grant to plaintiffs a judgment declaring that any permits or other approvals granted by Newark permitting PSE&G to install poles and hang high voltage electric lines in the historic district of Newark without requiring PSE&G to beforehand obtain review from the Commission or an exemption from the Board of Public Utilities were unlawful, are null and void, and in violation of the laws of the State of New Jersey.

5. Grant to plaintiffs a judgment declaring that any permits or other approvals granted by Newark permitting PSE&G to install poles and hang high voltage electric lines in the historic district of Newark without requiring PSE&G to beforehand obtain review from the Commission or an exemption from the Board of Public Utilities denied the plaintiffs due process, are null and void, and in violation of the Fourteenth Amendment to the United States Constitution and 42 U.S.C. Sections 1981 and 1983.

6. Grant to plaintiffs a judgment declaring that PSE&G and Newark conspired (i) to violate Chapter 10 of the ordinances of Newark, entitled, "Historic Sites and Districts," and

-7-

N.J.S.A. 40:55D-19, (ii) to violate the Fourteenth Amendment to the United States Constitution, and 42 U.S.C. Sections 1981 and 1983, and (iii) to defraud the plaintiffs and the residents of the historic district.

7.  Grant to plaintiffs preliminary and permanent injunctive relief enjoining the installation of any poles or high voltage lines in the historic district of Newark, and any work whatsoever in furtherance of said installation, including but not limited to, cutting down trees or cutting back trees, until further order of the Court otherwise, and until Newark and PSE&G fully and completely comply with the law.

8.  Award to plaintiffs reasonable attorney fees and costs and disbursements of this action.

9.  Grant to plaintiffs such other and further relief as the Court deems just and proper.

Dated: Hoboken, New Jersey
      August 15, 2019

By: _____
     George Sommers, Esq.

     51 Newark Street
     Suite 309
     Hoboken, New Jersey 07030
     (201) 656-6575

     Attorney for Plaintiffs

# Friends of Historic Heller Parkway
## Forest Hill Historic District
## Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. | | | |
|---|---|---|---|---|
| **Printed Name** | **Signature** | **Address** | **Phone Number** | **Email Address** |
| Edytha I. Krauspar | | 98 Heller Parkway | 9735287788 | margaye.opt.online.net |
| Ana Gonzalez | | 102 Heller Parkway | 973.393.4505 | elc3000@hotmail.com |
| Derek Walls | | 92 Heller Pkwy nhc | 917 533-7798 | Derek43@AOL.com |
| Don Charles | | 92 Heller Pkwy | $ 347.986 0151 | doncharles design @ yahoo.com |
| Alfonso Golyanez | | 102 Heller Pswy | 773-220-7591 | |
| Gregorij Horn | | 112 Heller Pkwy | 973-482-1112 | sgh112@gmail.com |
| JoAnn Kwiecien | | 120 Heller Pkwy | 973-445-9000 | JoAnn.Kwiecien@gmail.com |
| Michael Kwiecien | | 120 Heller Pkwy | 973-900-2654 | mkwiecien@outlook.com |
| Josephine Martin | | 130 Heller Pkwy | 973- 688-8410 | absien10907 @ gmail.com |
| Scott Michalczyk | | 125 Heller Pkwy | 848-565-1244 | smichalczyk@gmail.com |
| Heather V. Pflug | | 98 Heller Parkway | 973 528 7788 | heathervpflug@gmail.com |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
### Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. |
|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| Al Moussab | Moussab | 165 Heller Pkwy | (973) 565-3190 | almoussab@gmail |
| Endera Meadows | | 165 Heller Pkwy | (973) 634-4381 | alandendeca@gmail |
| Petr Vittonell JR | Petr Vittonell JR | 159 Heller Parky | 973-485-6835 | N/A |
| SARAH CASEBOLT | | 80 Heller Plum | 740-331-0781 | SARAH.BETHCASEBOLTE YAHOO.com |
| CECILIA ARCE | Cecilia Arce | 54 Heller Pkwy | 973 847 5936 | |
| GEORGE SOMMERS | | 97 Heller Parkwa | 201-344-3338 | grsgold@hotmail.com |
| John Vozquez | John Vozquez | 67 Heller Parkway | (646)471-5483 | Juazquez 8666@gmail |
| Maria Botalla | Botalla | 80 Hella Pkwy | (973) 800538 | mbotalla 39@gmail |
| SAINT-F PRESTINA | | 85 Heller Pkwy | 973 230 1401 | |
| Jean Cozier. | | 81 Heller Pkwy | 973-485-7987 | KIMCOZ.cc89 89@gmail |
| Robert Mass't | Robert Massti | 119 Heller Pkwy | 973-219-4318 | |

# Friends of Historic Heller Parkway
# Forest Hill Historic District
# Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. |
|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| Shara Ruddie | | 385 Delavan Ave | 646 763 3097 | Sharahruddie@egmail |
| Janet Patelle | | 765 Lake St | 973 487 3508 | |
| Gisela Rodriguez | | 63 Beaumont Pl. | 973 943-2673 | gez1 @ verizon Net |
| Kimberly Reeve | | 29 Old Rd to Bloomfield | 783744910 | kimbklyn @gmail.com |
| Nancy Doone | | 618 Delevan Ave | 908 626 9127 | naboone57@gmail.com |
| Michele Butchko | | 422 Clifton | 201-725-1875 | michele.butchko@ |
| Ed Simmons | | 618 Highland Ave | 908-626-4127 | Eduardsimmons@yah |
| MARISHA MCGOWAN | | 533 RIDGE ST | 973 780 0075 | MARSHMC@N.C.C |
| Anthony Villanueva | | 412 Clifton Ave | 201 519 4923 | VILLA912@ |
| Mercedes Cardenas | | 632 Parker St. | (973) 599-8485 | ashlejcr2@plata.h.c |
| Heavenlee Torres | | 665 lake st | (973) 600-0088 | Heavtor@gmail.com |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
## Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. |
|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| _illegible_ | J. Theodore Riley | 784 Lake St | | |
| KEN KROLL | _signature_ | | 917-903-8892 | kuryburse@aol.com |
| wue LOBDELL | Duce Bobdell | 352 Highland Av | 973-484-6181 | |
| Beverly defrino | George defrino | 54 Mountain Ave | 973-986-2368 | bevcurlybpcahoyu... |
| Mary Louise Riley | Mary Riley | 514 Ridge St. | 973-204-8761 | mariley_912@comc... |
| Kieran Riley | _signature_ | 514 Ridge St | 862-703-3050 | kieranriley9176@yahoo.com |
| MICHAEL MUTTER | Michael Mutter | 347 Clifton Ave | 201 348 5877 | mmutter1@(M)...cu |
| MAURICIO BEATONE | _signature_ | 547 Clifton Ave | 201-396-5888 | MBUCK152000@Yahoo |
| John Gomez | _signature_ | 194 Elwood Ave | 973 454 0401 | Jgomez549@aol... |
| Kathy Gomez | Katelin Gom | 194 Elwood Ave | 973 458 8349 | katalinjaime 2@4... |
| Richard Riley | Richard Riley | 514 Ridge St | 973 986 4500 | mrke_ 9 98@gmailco |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
### Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. |
|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| MARIA FAgan | | 219 Grafton Ave | | Maria fagan 61@yaho |
| Charlotte Speranza | Charlotte Speranza | 319 Grafton Ave | | |
| Vincent Speranza | | 319 Grafton Ave | | |
| Alfonso Santos | Alfonso Santos | 319 Grafton Ave | | |
| Alfns Fagan | alfe fag | 319 Grafton Ave | | |
| Diana Olave | Diana Olave | 398 N. 12th St. | | |
| GERMAN ROSARIO | | '' | | |
| Dimitri Reyes | | 857 Clifton Avenue | | dimitrireyes22@gmail. |
| Fernando Moreno | | 740 Parker Street | | |
| Fernando L. Moreno | | 740 Parker Street | | |
| Maria Soledad Moreno | | 740 Parker Street | | |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
### Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. | | | |
|---|---|---|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| Keivan Ortiz | | 2-4 Delavan Pl Heller Hill St | 862-621-7706 | Keivanortiz01@gmail.com |
| Dorothy Wallace | | 668 Clifton Ave | 862-754-1369 | Dorothylwallace39@ |
| Jason Wallace | Jason Wallace | 468 Clifton Ave | | |
| Lorraine Conte | | 312 Highland Ave | 973-483-5858 | Contelorraine@gmail.com |
| Winnnie Morales | | 41 Manchester Place | 201-407-4686 | wester@nyp.k12.nj.u |
| Rosario Morales | Rosario Morales | 41 manchester Place | 201-707-4686 | 1EWC@aol.com |
| Jose Morales | Jose Mora | 41 manchester Pl | 973-803-7643 | Rovlse@aol.com |
| Elizabet Gonzalez | | 713 Degraw | 973-234-8770 | egonzalez@nyskiz.nj |
| Esteban Gonzalez | Esteban Gonzalez | 713 Degraw | 9733348170 | egonzalez@nys. k12.nj |
| Maury Marolakos | Maury Marolakos | 600 Parker St. | 973-482-4673 | marmar600@aol.com |
| Louis Marolakos | Louis Marolakos | 600 Parker St | 973-482-4673 | marmar600@aol.c |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
## Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. |
|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| Ivette Colón | | 80 Cutler Street | 201-803-0575 | yvicabar@yahoo.com |
| Victoria Feliciano | | 107 cutler street | 973-907 2072 | nfeliciano1988@gmail.c |
| Cesar Manzo | | 903 Clifton ave. | 973-991 8537 | |
| Milagros deleon | | 181 Ballantine Parkway | 201-607-3250 | |
| Milagro Grech | | 605 Ridge St | 8(62)241-2719 | |
| Yivelisa Portilla | | 2135/Woodson Ruspe | 3499362 4 | Yivenoti108portion |
| Cesar Sicirra | | 792 Summer ct | (973) 501-8438 | |
| Bucky Colón | | 80 Cutler St. | 973-220-7193 | beverlycolor20@gmail |
| Madgenne DelaCruz | | 409 woodside Ave. | 262-872-0607 | |
| Maria Duarte | | 635 Ridge St | 862 944 4185 | |
| | | 261 Parker St. | 973-902-7087 | 1-9-1952 8 yahoo. |

# Friends of Historic Heller Parkway
# Forest Hill Historic District
# Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. | | | |
|---|---|---|---|---|
| **Printed Name** | **Signature** | **Address** | **Phone Number** | **Email Address** |
| Joseph Oliverio | Joseph Oliverio | 465 Highland Ave | 973 485-3374 | josephOliverio@verizon.net |
| Linda Oliverio | Linda Oliverio | 465 Highland Ave | 973 482-2051 | |
| Hans Arnesen | | 470 Highland Ave | 718-869-3399 | |
| Natalie Mesenberg | Natalie | -11- | 732-857-soor | |
| Joan Pinckey | Joan Pinckey | 275 Delavan | N/L | |
| Dina Shackelford | Shackelford | 441 Highland | 908-507-198 | D Slad |
| Maryann Pellaveccia | | 441 Highland | 908-507-6907 | |
| JACKIE JAN | | 249 Ballantine | 914.373.0110 | jakijan4@gmail |
| Eric Shelley | | 249 Ballantine | 570-234-7098 | eshelfersii@gmail.co |
| Samuel Battaglia | Frances Battaglia | 605 Lake St | 973 463 0129 | |
| Theodore Battaglia | | 605 Lake St | 973480100 | |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
## Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. | | | |
|---|---|---|---|---|
| **Printed Name** | **Signature** | **Address** | **Phone Number** | **Email Address** |
| Lisa Hall | Lisa Hall | 483 Ridge | 650-475-6056 | halllm724@gmail |
| CHARLES BELL | Myle Bell | 423 Ridge | 917 838 2646 | CHARLESBELL 2120@gmail.com |
| Elizabeth Del Tuto | | 197 Ballantine | 973 483 3348 | delttheo 197@aol |
| Nacole McArdle | | 469 Highland | 973-483-4546 | |
| Ruqaia Valkeque | | 469 Highland | 201-513-303 | |
| Yusra Saleh | | 520 Ridge St. | 973-873-3041 | Ysrasaleh18@gmail.com |
| Amani Saleh | Amani Saleh | 520 Ridge St | 973-573-101 | |
| JANICE 5727ylulust | | 316-21R Elwood Ave | 973 943 2039 | ARTISTJATO 44@kul.com |
| JOYCE FERNICOLA | 2090 fernicola | 597 PARKER | (973)491-3619 | JOYCE MA |
| Rose Gordon | | 510 Ridge St. | 201-463-8054 | Gosegordon@gmail. |
| RAYMOND Gordon | | 510 Ridge St | 201 463 8054 | |

Case 2:19-cv-16692-ES-ESK   Document 1   Filed 08/15/19   Page 18 of 26 PageID: 18

# Friends of Historic Heller Parkway
# Forest Hill Historic District
# Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. |
| --- | --- |

| Printed Name | Signature | Address | Phone Number | Email Address |
| --- | --- | --- | --- | --- |
| SERGIO GUARDIA | | 233 DELAVAN NEWARK | 646-370-3234 | SG@GUARDIA ARCHITECTI.COM |
| Sean Mc Caughey | | 233 Delaware NWk | 646 419 5286 | Seecaughe@shored.ov |
| Barbara Morgan | | 545 Ridge St | 473 483 3063 | Wmorgan73@gmail.com |
| Jeff Morgan | | 595 Ridge St. | 973 506 6052 | jeffmorgan7580@gmail... |
| RODGER FEDAK | | 595 RIDGEST | 973 483 3663 | MFGUMBY@optonline.net |
| Luis Gallinat | | 470 Nt. Prospect Ave | 973-230-0989 | gallart@optonline.net |
| Melanie Garcia | | 480 Highland | 973 951 5380 | aggarcia0707@... |
| Benito Mejia | | 452 Highland | 2019521667 | Benitome72@gmail... |
| Melanie Munne | | 973-879-8454 → 247 Elwood ave | 2019521687 | pink.pixie830@yahoo... |
| LEONARDO LINARES | | 450 Highland | 973 - 234-300 | Dannyleo210@gmail... |
| Thomas Saint-Pierre | | Parker Street | (973)207-6898 | thomassaintpierre@gmail... |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
### Newark, New Jersey

| Action petitioned for | We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places. | | | |
|---|---|---|---|---|

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| | | 191 - Heller Pkwy, Nwk | 862-763-6708 | orango71040yho.com |
| Nolando Nunez | golcando Nunzo | 152 Heller Pkwy | 973 230 1401 | — |
| Joouphin Youer | Joouphin Youer | 162 Heller Pkwy | 862 212 1218 | |
| Edward A Uggesdale | Edward A Uggesdale | 117 Heller Pkwy | 973-342-4802 | eclygesdal@aol.com |
| Jose Rodriguez | Jose C Rodriguez | 93 Heller Pkwy | 862-907-6509 | 6504 |
| Antonio Rodriguez | Antonio Rodriguez | 93 HELLER Pkwy | 862 962 6807 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
### Newark, New Jersey

**Action petitioned for:** We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places.

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| Miguel A Secano | | 630 Parker St Newark | 973-220 5949 973-494 2018 | MSecano AOL.com |
| Ana Secano | Secano | 630 Parker st. Newark NJ07104 | 630 Parker St Newark NJ07104 | M Secano AOL.com |
| Gabrielle Oshea | | 481 Lake St, Newark NJ07104 | 917 803 8782 | gabrielleoshea@gmail.com |
| Winnete Butullio | | 642 Clifton Ave | 201 725 1845 | www.butullio'cm |
| Luis Gallinot | | 470 Mt. Prospect Ave | 973-961-7733 | gallart@optonline.net |
| Linda Lobdell | | 352 Highland 07104 | 201 306 2769 | LLobdell@optonline.net |
| Lucie Lobdelll | | 352 Highland | 973 484 6181 | " |
| Vito Amedeo | | 470 Mt. Prospect Ave | 201-697-8788 | vamedeo@optonline.net |
| Gene Mazo | Eugene Mazo | 287 Montclair Ave | 973 230 4334 | eugene mazo @yahoo.com |
| Seth Luban | | 375 Mt Prospect Ave | 973 704 7134 | Sluban @ AOL.com |
| Kenneth Sawl | | 792 Highland Ave | 201-273-4387 | Kaysowels@ gmail.com |

# Friends of Historic Heller Parkway
## Forest Hill Historic District
### Newark, New Jersey

**Action petitioned for:** We, the undersigned residents of the city of Newark, strongly oppose Transmission Utility Poles (60 foot, high voltage) on Heller Parkway. Historic Heller Parkway is a major residential thoroughfare within Forest Hill which is listed on the National and New Jersey Register of Historic Places.

| Printed Name | Signature | Address | Phone Number | Email Address |
|---|---|---|---|---|
| John Manochio | Manochio | 838 Lake ST | 973-418-9222 | |
| John Manochio | Manochio | 838 Lake ST | 973 4833399 | |
| Carol Manochio | Carol Manochio | 838 Lake ST | 973 4833999 | |
| Lisa Falsetta | Lisa Falsetta | 838 Lake ST | " | |
| Maura Suazo | | 740 Highland Ave | 862 205-1423 | |
| Vlada Mago | Vlada Mago | 287 Montclair Ave | 973-230-4534 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# APPLICATION FOR WORK IN HISTORIC DISTRICTS AND ON HISTORIC DESIGNATED PROPERTIES

**The City of Newark Landmarks and Historic Preservation Commission (NLHPC)**

**Div. of Planning, Zoning and Sustainability**
920 Broad St., Rm. #112
Newark, NJ 07102

**Telephone number:**
973-733-6204

No work to the exterior of a historic site, or in a historic district, that will change its appearance and is visible from a public street, may proceed until approval of such work is obtained from the Newark Landmarks and Historic Preservation Commission, even if no other approvals are required. This application will not be deemed complete until it is so certified by the Landmarks and Historic Preservation Commission. An application consists of an application form and the materials necessary to describe the project fully.

Please print or type all items. If not applicable, mark N/A. The form continues on back.
**Do not write in shaded area; staff use only.**

#19-045                                          5-16-2012

| NLHPC DOCKET# | DATE RECV'D | STAFF |
| --- | --- | --- |

☐ LANDMARK          ☐ HISTORIC DISTRICT          ☐ CONTRIBUTING STRUCTURE

ACTION: ☐ APPROVED ☐ DENIED ☐ OTHER          ☐ CONDITIONS:

Certificate of No Effect                    Certificate of Appropriateness

*Richard Partington 5/16/19*

| CHAIRMAN | date | SECRETARY | date |
| --- | --- | --- | --- |

**APPROVED**

MAY 16 2019

City of Newark
Landmarks & Historic
Preservation Commission

Within Utility Right of Way Along Heller Parkway

**PROPERTY LOCATION WHERE WORK IS TO OCCUR**

| PROPERTY ADDRESS (as listed on the Tax Assessor's records) | | POSTAL ADDRESS |
| --- | --- | --- |
| **NEAREST INTERSECTIONS** | **BLOCK/LOT** | **HISTORIC DISTRICT** |

**OWNER**

Public Right of Way

| NAME | TELEPHONE | E-MAIL ADDRESS |
| --- | --- | --- |
| **STREET ADDRESS** | **CITY, STATE**          **ZIP** | **FAX** |

**PERSON FILING APPLICATION IF NOT THE OWNER**

| PSE&G (Robert Caruso) | 908-558-7597 | |
| --- | --- | --- |
| **NAME & TITLE** | **TELEPHONE** | **FAX** |
| 900 West Grant Street, Elizabeth, NJ 07202 | | Robert.Caruso@pseg.com |
| **STREET ADDRESS** | **ZIP** | **E-MAIL ADDRESS** |

**TYPE OF STRUCTURE**

☐ detached house     ☐ manufacturing/loft building     ☐ public/institutional building     ☐ apartment house

☐ row house          ☐ office/retail building            ☐ civil engineering work             ☐ park/landscape/statue

☐ commercial

**DESCRIPTION OF PROPOSED WORK**

Provide a detailed, narrative description of the proposed scope of work (construction, alteration, repair, restoration, etc.); including current photographs of project site and surrounding areas, architectural renderings/drawings describing the work, specifications listing materials to be used, material samples, and any other documentation required by the Commission in order to make an informed decision as to the appropriateness of the proposed work.

Replace 28 existing wood poles in their existing locations along Heller Parkway

from First Street to Summer Avenue. All poles will be 15 feet to accomodate the

new line. All existing construction will be transferred to the new poles. Once complete,

Verizion will transfer their construction and remove the old poles. Minor tree trimming

and possible tree removal may be needed to install some poles and run the lines in accordance with

BPU regulations. All restoration and replanting of trees will be done upon completion

of project.

**ESTIMATED COMPLETION DATE**

**ESTIMATED COST OF PROJECT**
$  800,000                                    Is the project grant, state, or federally funded?  Y  or  N

**CONTRACTOR (IF APPLICABLE)**
PSE&G
NAME & TITLE                                              TELEPHONE
4000 Hadley Road, South Plainfield, NJ 07010
STREET ADDRESS          CITY, STATE          ZIP          E-MAIL ADDRESS

**ARCHITECT/ ENGINEER (IF APPLICABLE)**
Robert Caruso     Principal Engineer          908-558-7597
NAME & TITLE                                              TELEPHONE
900 West Grand Street, Elizabeth, NJ 07202          Robert.Caruso@pseg.com
STREET ADDRESS          CITY, STATE          ZIP          E-MAIL ADDRESS

**ATTORNEY (IF APPLICABLE)**
Ana Murteira     Senior Counsel               973-430-6131
NAME & TITLE                                              TELEPHONE
80 Park Plaza, Newark, NJ 07202               ana.murteira@pseg.com
STREET ADDRESS          CITY, STATE          ZIP          E-MAIL ADDRESS

**APPLICANT'S OWNER'S CERTIFICATION**
I am the owner of the above-listed property. I am familiar with the work proposed to be carried out on the property in the ROW and give my permission for this application to be filed. The information entered is correct and complete to the best of my knowledge.

SIGNATURE                                          DATE   5/15/19

Robert Caruso, Principal Engineer
NAME (TYPED OR PRINTED)                            2013-HPC APPLICATION.doc (rev. 4/8/2019 ALM)

## Fwd: PSE&G 'Certificates of No Effect'

FHCA07104 . <fhcanewarknj@gmail.com>
Mon 8/12/2019 5:26 PM
To: Sommers, George <grsgold@hotmail.com>

---------- Forwarded message ---------
From: **Shawna Ebanks** <sebanks@nishuanegroup.com>
Date: Mon, Aug 12, 2019 at 1:16 PM
Subject: Re: PSE&G 'Certificates of No Effect'
To: Robert Hartman <robhartman@earthlink.net>
Cc: FHCA07104 . <fhcanewarknj@gmail.com>, Richard Partyka <richard.partyka@gmail.com>, Taylor,
Kevlin <taylork@ci.newark.nj.us>

I am unaware of any discussions regarding this installation unfortunately, this is my first time hearing
of this project. Chris Watson would be the best person to contact about this issue. I'm pretty sure, as
the director, he's had several discussions with PSE&G.

Shawna Ebanks, AICP
Nishuane Group, LLC.
105 Grove Street, Suite 1
Montclair, NJ 07042
(973) 954-2677 ext. 4
sebanks@Nishuanegroup.com

On Aug 12, 2019, at 1:12 PM, Robert Hartman <robhartman@earthlink.net> wrote:

Thank you Shawna

Nowhere in the application does it say that the new poles will be substantially larger than
the existing poles—the mega-poles that are now being installed—which is the reason for
everyone's concern.

Have I missed something in my reading of this, or do you have any recollection of any
discussion?

Bob

On Aug 12, 2019, at 12:53 PM, Shawna Ebanks
<SEbanks@nishuanegroup.com> wrote:

Good Afternoon Paul,

I have attached the approved application for the PSE&G pole installation to the email. The application received a Certificate of No Effect, in May 2019, since the scope of work was to replace existing poles with new poles for certain areas within the district. The application did not mention the construction of a sub-station.

If you have further question about the sub-station project please contact Chris Watson since he's fully aware of the PSE&G project. Unfortunately, as a consultant, I have limited knowledge of all the projects on the City's pipeline.

Hope this helps.

Shawna Ebanks, AICP
Nishuane Group, LLC.
105 Grove Street, Suite 1
Montclair, NJ 07042
(973) 954-2677 ext. 4
sebanks@Nishuanegroup.com

<H19-075.pdf>

On Aug 10, 2019, at 7:57 PM, FHCA07104 .
<fhcanewarknj@gmail.com> wrote:

**Hello Shawna,**

**I recently met with Councilman Ramos at his North Ward office on Aug. 8th to discuss PSE&G's Clay St. Sub-Station Project along with representatives from PSE&G, Dir. of Engineering Phil Scott, City Planner Chris Watson and two other members of the Forest Hill Community Association.**

**During this discussion Mr. Watson had mentioned that PSE&G had previously received 'certificates of no effect' from the City of Newark for the 2014 installation of a 69kV transmission line route from the Bellville Service Station to the Branch Brook Sub-Station located on Bloomfield Ave. that included portions of Grafton Ave., Lake St. and Heller Parkway located within the Forest Hill Historic District. If so, was this designation granted by either yourself or by the Design Review Committee of the City of Newark's Landmarks and Historic Preservation Commission? If this designation was granted, what was the actual date of this action and what was the rationale given?**

**Currently, PSE&G plans to begin installing within this month another 69kV transmission line connecting the Clay St. Sub-Station to a location at the intersection of Heller Parkway and Franklin Ave. that is connected to an existing route leading to the Branch Brook Sub-Station located on Bloomfield Ave. This route will include portions of Elwood Ave., Old Road To Bloomfield and Heller Parkway located within the Forest Hill Historic District. Did either you or the**

*Design Review Committee of the Newark L&HPC grant PSE&G a 'certificate of no effect' regarding this proposed installation? If so, what was the date of this decision and the rationale given?*

*Also during this meeting, it was made known that PSE&G had already obtained a 'certificate of no effect' for a previous proposed route for the Clay St. Sub-Station Project that included all portions of Heller Parkway located within the Forest Hill Historic District. Again, if this was done, did either you or the Design Review Committee of the Newark L&HPC grant this designation? If so, what was the date of this decision and the rationale given? Any information you can provide regarding the aforementioned would be greatly appreciated.*

*Regards,*


*Paul A. Agostini*
*President/Communications Director*
*Forest Hill Community Association, Inc.*
*www.fhcanewark.org*