# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

August 16, 2019

## LETTER ORDER

Re: *Forrest Hill Community Association & Gaytha Krauser v. PSE&G, et al.*
<u>Civil Action No. 19-16692 (ES)</u>

Dear Parties:

The Court is in receipt of Forrest Hill Community Association & Gaytha Krauser's ("Plaintiffs'") verification and certificate of service (D.E. Nos. 4 & 5) with respect to their prior emergent application (D.E. No. 1). The Court writes to reiterate that it denied that application (D.E. No. 3); and, accordingly, "[t]here is no motion presently before the Court . . . on the subject." *See, e.g.*, *Hailey v. City of Camden*, 631 F. Supp. 2d 528, 538 (D.N.J. 2009); *see also Pub. Interest Research Grp. of New Jersey, Inc. v. Hercules, Inc.*, 830 F. Supp. 1549, 1554 n.7 (D.N.J. 1993) ("As there is currently before the court no motion . . . , we have no reason to decide this issue at the present time.").

Plaintiffs, nonetheless, are permitted to file such an application in accordance with all applicable rules. *See, e.g.*, Fed. R. Civ. P. 65; L. Civ. R. 65.1.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**